IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH HERRERA, Derivatively on Behalf of VASCO DATA SECURITY INTERNATIONAL, INC.<br><br>Plaintiff,<br><br>v.<br><br>T. KENDALL HUNT, CLIFFORD K. BOWN, JAN VALCKE, MICHAEL P. CULLINANE, JOHN N. FOX, JR., JEAN K. HOLLEY, and MATTHEW MOOG<br><br>Defendants,<br><br>and VASCO DATA SECURITY INTERNATIONAL, INC.,<br><br>Nominal Defendant. | Case No. 1:15-cv-08937<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41** |

PLEASE TAKE NOTICE THAT Plaintiff Elizabeth Herrera hereby serves this notice of voluntary dismissal of the above-captioned action (the "Action") without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i) with each party to bear their own costs. No defendant has served an answer or motion for summary judgment in the Action.

DATED: July 12, 2017

**HEFFNER HURST**

_____
Matthew T. Hurst
30 N. LaSalle Street, 12th Floor
Chicago, Illinois  60602
Telephone:  (312) 346-3466
Facsimile:  (312) 346-2829
mhurst@heffnerhurst.com

*Counsel for Plaintiff Elizabeth Herrera*

**THE WEISER LAW FIRM, P.C.**
Robert B. Weiser
Brett D. Stecker
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062

*Counsel for Plaintiff Elizabeth Herrera*