**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Elizabeth Herrera, et al.
                    Plaintiff,

v.                                        Case No.: 1:15−cv−08937
                                               Honorable Elaine E. Bucklo

T. Kendall Hunt, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 14, 2017:

      MINUTE entry before the Honorable Elaine E. Bucklo: This case is dismissed without prejudice in its entirety pursuant to FRCP 41(a)(1) with each party to bear their own costs. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.